**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KATHLEEN J. SHIELDS,

           Respondent

           v.

CLAUDE A.L. SHIELDS,

           Petitioner

: No. 527 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.